UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SONIA TOURE,

      Plaintiff,      24 Civ. 5977 (LAP)(HJR)

  - against -        **ORDER TO SHOW CAUSE**

RESEARCH FOUNDATION OF THE CITY
UNIVERSITY OF NEW YORK,

      Defendant.
------------------------------------x

  Upon the Affirmation of Jonathan A. Bernstein, Esq., dated January 23, 2025, and the accompanying Memorandum of Law, and all the papers and proceedings had herein, it is hereby

  ORDERED, that the Plaintiff and Defendants show cause before this Court, at 500 Pearl Street, Room ~~2220~~ 12A, New York, New York 10007 on *February 11*, 2025 at *10:00 am* a.m./p.m. or as soon thereafter as counsel may be heard, why an order should not be issued: granting Isaacs Bernstein, P.C. leave to withdraw as counsel for Plaintiff pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York and such other and further relief as the Court may deem just and proper; and it is further

  ORDERED, that service by email to Defendant's counsel and to Plaintiff of a copy of this Order to Show Cause, together with a copy of the papers upon which it was granted, on or before *January 30*, 2025 shall be deemed good and sufficient service; and it is further

  ORDERED, that opposing papers, if any, shall be served upon Isaacs Bernstein, P.C. *and filed with the Court* on or before *Feb 10 5pm* 2025.

DATED: *January 28*, 2025       _____
    New York, New York        United States District Judge