

Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY  11747

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Christopher J. Moro**
Counsel

T / 516.832.7632
F / 844.544.7435
cmoro@nixonpeabody.com

February 10, 2025

<u>**VIA ECF**</u>

Hon. Loretta A. Preska, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

      Re:    <u>**Sonia Toure v. Research Foundation of The City University of New York**</u>
             No. 24-cv-5977

Dear Judge Preska:

     This firm represents defendant Research Foundation of The City University of New York ("RFCUNY") in connection with the above-referenced matter.  We write to advise Your Honor that RFCUNY does not oppose plaintiff Sonia Toure's January 29, 2025, Order to Show Cause seeking leave for her attorney Jonathan A. Bernstein, Esq. to withdraw as counsel.  However, we nonetheless believe tomorrow's Show Cause Hearing would be a good opportunity to discuss scheduling, including the parties' positions regarding the mediation currently scheduled for March 7, 2025.

     Should Your Honor wish to discuss this matter further, we can be made available at the Court's convenience.

                                        Respectfully submitted,

                                        Christopher J. Moro

4902-2096-4377.1