```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SONIA TOURE,<br><br>                    Plaintiff,<br><br>-against-<br><br>RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,<br><br>                    Defendant. | No. 24-CV-5977 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As discussed at the hearing held on February 11, 2025 on Plaintiff's counsel's Order to Show Cause, Plaintiff has discharged her counsel. In accordance with New York Rule of Professional Conduct 1.16(b)(3), counsel for Plaintiff's unopposed request to withdraw (dkt. nos. 13-15) is hereby GRANTED.

**SO ORDERED.**

Dated:   February 13, 2025
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge