UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONIA TOURE,

        Plaintiff,

-against-

RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,

        Defendant.

---

No. 24-CV-5977 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter motion seeking a protective order prohibiting Defendant from issuing subpoenas to Plaintiff's subsequent employers or those entities where she was an applicant for employment (dkt. no. 25) and Defendant's opposition letter (dkt. no. 27). The parties shall appear for a conference on Plaintiff's letter motion on May 27, 2025 at 11:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    May 13, 2025
           New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge