UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONIA TOURE,

                Plaintiff,

-against-

RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,

                Defendant.

No. 24-CV-5977 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter motion seeking a protective order prohibiting Defendant from issuing subpoenas to Plaintiff's subsequent employers or those entities where she was an applicant for employment (dkt. no. 25) and Defendant's opposition letter (dkt. no. 27). Given Plaintiff's failure to produce any versions of her resume in response to Defendant's discovery requests, which are relevant to Plaintiff's educational qualifications for employment at the City University of New York School of Public Health Supporting Parks and Revitalizing Communities Study Program and Plaintiff's mitigation of damages following the termination of her employment, Plaintiff's motion seeking a protective order is DENIED.

The Clerk of the Court is respectfully directed to close docket number 25.

**SO ORDERED.**

Dated:   June 10, 2025
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge