

Nixon Peabody LLP
275 Broadhollow Road, Suite 300
Melville, NY 117474808

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**Christopher J. Moro**
Counsel

T /516.832.7632
F /844.544.7435
cmoro@nixonpeabody.com

September 11, 2025

**VIA CM/ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl St., Courtroom 12A
New York, NY 10007-1312

> The parties' request to stay proceedings for 30 days to afford the parties time to file a stipulation of dismissal is GRANTED. The Clerk of the Court shall close docket number 34.
>
> SO ORDERED.
>
> Dated: September 12, 2025
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.

RE:  *Sonia Toure v. Research Foundation of The City University of New York* No. 1:24-cv-05977

Dear Judge Preska:

This firm represents defendant Research Foundation of The City University of New York ("RFCUNY"), in the above-referenced matter. We respectfully submit this letter jointly on behalf of all Parties to inform the Court that the parties have reached an agreement in principle to settle this matter.

Accordingly, the Parties respectfully request that the Court stay proceedings and grant the Parties thirty (30) days, through and including October 13, 2025, to afford the Parties sufficient time to draft, execute, and effectuate a Settlement Agreement and file the appropriate Stipulation of Dismissal with prejudice.

Plaintiff's counsel consents to this request. This is the first request to stay proceedings.

Thank you for your consideration of this request.

Respectfully submitted,

*Christopher J. Moro*
Christopher J. Moro

cc:   All counsel of record